IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR360 |
| | ) | |
| v. | ) | |
| | ) | |
| JORGE LUIS ULLOA-TAPIA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On November 7, 2008, the defendant appeared through counsel on a motion for reduction of sentence (Filing No. 122), filed by the plaintiff, pursuant to Rule 35 of the Federal Rules of Criminal Procedure. After considering the comments of the parties and after evaluating the assistance provided by the defendant, the Court finds that the government's motion for reduction of sentence should be granted. Accordingly,

IT IS ORDERED:

1) The government's motion for reduction of sentence is granted.

2) Defendant be committed to the custody of the Bureau of Prisons for a term of eighteen (18) months. Defendant is to be given credit for time previously served under the previous Judgment and Committal Order dated April 8, 2008, which was signed and filed on April 9, 2008 (Filing No. 57).

3) All other terms and conditions of the Judgment and Committal Order dated April 8, 2008, remain in full force and effect.

4) That the transcript of the Rule 35 hearing of November 7, 2008, be sealed.

DATED this 7th day of November, 2008.

        BY THE COURT:

        /s/ Lyle E. Strom

        _____
        LYLE E. STROM, Senior Judge
        United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this \_\_\_\_day of _____, 2008.

_____Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 200\_\_ to _____, with a certified copy of this judgment.

_____UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 200\_\_\_.

_____UNITED STATES WARDEN

By: _____